[No. 2725–2. Division Two. November 30, 1978.]

EARL R. MUNDELL, ET AL, *Respondents*, v. WILLIAM
RHODES, ET AL, *Appellants,* ELAINE WOLFER,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 238843, E. Albert Morrison, J., entered December 23, 1976. *Affirmed in part* and *reversed in part* by unpublished opinion per Petrie, J., concurred in by Reed, A.C.J., and Soule, J.

[No. 2870–3. Division Three. November 30, 1978.]

*In the Matter of the Personal Restraint of*
RAYMOND D. TAYLOR, *Petitioner.*

Appeal from a judgment of the Superior Court for Franklin County, No. 3584, Fred R. Staples, J., entered February 23, 1977. *Denied* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 2336–3. Division Three. November 30, 1978.]

*In the Matter of the Marriage of* A. W. STEVENSON,
*Appellant, and* ELAINE J. STEVENSON,
*Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 37451, Richard G. Patrick, J., entered March 11, 1977. *Affirmed* by unpublished opinion per Roe, J., concurred in by Munson, C.J., and McInturff, J.